JP:SD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M-10-1033**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JONATHAN HILL,

           Defendant.

- - - - - - - - - - - - - - - - -X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(T. 18, U.S.C.
§ 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

    MIGUEL MENDEZ, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), duly appointed according to law and acting as such.

    Upon information and belief, on or about September 6, 2010, within the Eastern District of New York, the defendant JONATHAN HILL, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a 9mm BERETTA semi-automatic pistol.

    (Title 18, United States Code, Section 922(g)(1)).

    The source of your deponent's information and the grounds for his belief are as follows[1]:

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest JONATHAN HILL, I have not set forth every fact learned during the course of this investigation.

1.  I have been a Detective with the NYPD for approximately eighteen years. My information in this case comes from reviews of NYPD records, conversations with NYPD officers, and review of other official records of government agencies.

2.  On or about September 6, 2010, NYPD Police Officer Peter Borukhov and Police Officer Jason Brunson of the 77th precinct were on detail for the West Indian Day Festival in a marked NYPD van in the vicinity of Lincoln Place and Albany Avenue in Brooklyn, New York. At approximately 9:00 am, the officers exited the vehicle to issue a summons for another individual for possessing an open container of alcohol.

3. Officer Borukhov observed the defendant standing approximately ten feet away by himself. The defendant was dressed in jeans, a white t-shirt and a black vest with inside pockets. Officer Borukhov observed a visible butt of a handle from the left inner pocket of the defendant's jacket.

4. Officer Borukhov approached the defendant and recognized the handle to be of a firearm. Officer Borukhov then touched the outside left pocket area of the defendant's jacket and felt a hard object, which he believed to be a gun, at which time the defendant stepped back and the officer subsequently alerted his partner that the defendant had a gun.

5. Officer Borukhov then grabbed the left side of the defendant's jacket, at which point the defendant turned right and started to run. Officer Burokhov then observed Police Officer Brunson grab the defendant's t-shirt and fall to the ground.

6. Officer Burokhov recovered a loaded 9 millimeter BERETTA semi-automatic pistol, from the left inside pocket of the jacket.

7. The defendant stated post-<u>Miranda</u> that he found the gun in Connecticut and brought it to Brooklyn for protection because he heard a lot of people in Brooklyn are getting robbed.

8. The defendant is currently being held in state custody. I have reviewed criminal history records for the defendant, which reveal that the defendant has been convicted of at least the following crimes: on June 10, 2009, the defendant was convicted in Stamford, Connecticut of Possession of Narcotics, a felony, and sentenced to two years in prison.

9. I haven spoken with an ATF interstate nexus expert, who informs me that the above-mentioned 9mm BERETTA semiautomatic pistol was manufactured outside the State of New York.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant JONATHAN HILL, so that he may be dealt with according to law.

_____
MIGUEL MENDEZ
Detective
New York Police Department

Sworn to before me this
9th day of September, 2010

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

4